1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PETER JOHNSON,                    ) Case No. CV 19-10380-PA (JPR)
                                        )
12                      Petitioner,     )
                                        ) ORDER ACCEPTING FINDINGS AND
13              v.                      ) RECOMMENDATIONS OF U.S.
                                        ) MAGISTRATE JUDGE
14   W.L. MONTGOMERY, Warden,           )
                                        )
15                      Respondent.     )
                                        )
16

17        The Court has reviewed the First Amended Petition, records

18   on file, and Report and Recommendation of U.S. Magistrate Judge.

19   Although the Court granted Petitioner's request for an extension

20   to file objections to the R. & R. to July 23, 2021, he did not

21   file any or ask for another extension.

22        The Court accepts the findings and recommendations of the

23   Magistrate Judge.  IT THEREFORE IS ORDERED that Respondent's

24   motion to dismiss the First Amended Petition as untimely is

25   GRANTED and this action is dismissed with prejudice.

26

27   DATED: August 12, 2021         _____
                                     PERCY ANDERSON
28                                   U.S. DISTRICT JUDGE