JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER JOHNSON, | ) Case No. CV 19-10380-PA (JPR) |
|  | ) |
| Petitioner, | ) **J U D G M E N T** |
|  | ) |
| v. | ) |
|  | ) |
| W.L. MONTGOMERY, Warden, | ) |
|  | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 12, 2021

PERCY ANDERSON
U.S. DISTRICT JUDGE