JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, | Case No. CV 19-10380-PA (JPR) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 8, 2021

PERCY ANDERSON
U.S. DISTRICT JUDGE